# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00295-CV

### Stacy L. White, Appellant

### v.

### Adam C. White, Appellee

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-23-001904, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on July 17, 2023. On July 27, 2023, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by August 7, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed: August 18, 2023